OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308 CAPITOL STATION AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

PRESORTED
FIRST CLASS

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701
02 1W
0001401623 MAY. 20. 2015

$ 000.26⁵

5/15/2015
LOCK, DANIEL ROBERT     Tr. Ct. No. 94-085-K277 A          WR-83,294-02
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk



DANIEL ROBERT LOCK
CORNELL CORRECTION CENTER     TDC # 811059
15 PRESTON RD
HOUSTON TX 77002

UTF

N3B  77002